JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RACHEL LOUISE CARLSEN,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A., fdba BAC HOME LOAN SERVICING, LP, a Texas Limited Partnership, and as successor in interest to Countrywide Home Loans Servicing, LP; BANK OF AMERICA CORPORATION, as successor in interest to Countrywide Home Loans, Inc.; NEIL COTTY, an individual, as former CFO for Bank of America Corp; NATIONSTAR MORTGAGE HOLDINGS, INC. fdba NATIONSTAR MORTGAGE, LLC, as servicer, currently doing business as MR. COOPER; All Persons Known and Unknown Claiming an Interest in the Property; And DOES 1 through 10, inclusive.<br>                    Defendants. | Case No. 2:20-cv-01463-JFW-AGRx<br><br>Hon. John F. Walter<br>Ctrm. 7A<br><br>**JUDGMENT OF DISMISSAL**<br><br>Action Filed:  February 13, 2020<br>Trial Date:    None Set |

The Court, having considered the Motion to Dismiss Plaintiff Rachel Louise Carlsen's ("Plaintiff") First Amended Complaint by Defendants Bank of America, N.A., f/d/b/a BAC Home Loan Servicing, LP (erroneously sued as Bank of America Corp.) ("Bank of America N.A.") and Neil Cotty ("Cotty") (collectively "B of A

1  Defendants") and the Motion for Judgment on the Pleadings by Defendant
2  Nationstar Mortgage LLC d/b/a Mr. Cooper (erroneously sued as Nationstar
3  Mortgage Holdings, Inc., as servicer, currently doing business as Mr. Cooper,
4  formerly doing business as Nationstar Mortgage, LLC) ("Nationstar"), the
5  memorandums of points and authorities in support thereof, and the oppositions and
6  replies thereto, issued an Order dated June 11, 2020, which granted the B of A
7  Defendants' Motion to Dismiss and Nationstar's Motion for Judgment on the
8  Pleadings, denied Plaintiff's Motion for Leave to Amend and Plaintiff's two
9  Motions to Strike, dismissed Plaintiff's First Amended Complaint without leave to
10 amend, and dismissed this action with prejudice.

**THEREFORE, GOOD CAUSE APPEARING**, **IT IS HEREBY ORDERED THAT:**

Judgment be entered against Plaintiff RACHEL LOUISE CARLSEN and in favor of Defendants BANK OF AMERICA, N.A., NEIL COTTY, and NATIONSTAR MORTGAGE LLC.

**IT IS FURTHER ORDERED** that the case is dismissed in its entirety with prejudice as to Defendants BANK OF AMERICA, N.A., NEIL COTTY, and NATIONSTAR MORTGAGE LLC.

**IT IS FURTHER ORDERED** that Plaintiff RACHEL LOUISE CARLSEN is to recover nothing from Defendants BANK OF AMERICA, N.A., NEIL COTTY, and NATIONSTAR MORTGAGE LLC.

**IT IS FURTHER ORDERED** that the case is dismissed with prejudice as to all DOE defendants and as to all un-served defendants.

**IT IS SO ORDERED.**

DATED: June 23, 2020

_____
JOHN F. WALTER
UNITES STATES DISTRICT JUDGE